TRICT.NO.F96-258321
WR.78,486-02

78,486-02

OFFICIAL FROM COURT OF CRIMINAL
TO: APPEALS OF TEXAS

DEAR: WRIT OF MANDAMUS

I would like to NO WAY THE CRIMINAL
APPEALS COURT IS STEAI PIAYING WITH MY CASE
ON THIS DATE 12/12/2019 JUDGE DON ADAMS SEND
I HAVE NO RIGHT TO POST-COUICION DNA TEST,
ON THESE DATE 12/1/2014 THE CIERK SINT ME
A LITTER THE DA ON THIS CASE IS S ARRINGTON
THE JUDGE ERNEST WHITE OUT ON 194TH DISTRICT
COURT, HERE IS THE EVANDANTE, PIEAS SEND
ME THIS STUFF BACK

FROM: JON-PAUL WILSON
JON Paul Wilson
#1051217

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk



December 10, 2014

Jon Paul Wilson
TDCJ # 1051217
8602 Peach Avenue
Lubbock, Texas 79404

RE:   *F96-23832-I*

Dear Mr. Wilson:

The Court has received your letter requesting appointment of counsel pursuant to article 64 of the code of criminal procedure. Your request, however, is untimely because judgment was entered in the above- referenced DNA matter on June 26, 2014. Because there is no DNA matter pending in this case your request for an attorney cannot be resolved by the Court at this time. I am including a copy of the order resolving your DNA matter with this letter.

Sincerely,



Judge Don Adams
Criminal District Court No. 2

Crowley Criminal Courts Bldg., 7th Floor
133 N. Riverfront Blvd., LB 39
Dallas TX 75207-4399

Phone 214-653-5910



| THE STATE OF TEXAS | § | IN THE CRIMINAL |
| | § | |
| V. | § | DISTRICT COURT NO. 2 |
| | § | |
| JON PAUL WILSON | § | DALLAS COUNTY, TEXAS |

## ORDER DENYING REQUEST FOR APPOINTMENT
## OF COUNSEL UNDER ARTICLE 64.01

The Court, after considering the defendant's request for the appointment of counsel and the requirements of Article 64.01 of the Texas Code of Criminal Procedure, concludes that the defendant, Jon Paul Wilson, is not entitled to appointment of counsel in this case.

The Court finds that no reasonable grounds exist for the filing of a motion for post-conviction DNA testing in this case.

**IT IS THEREFORE ORDERED** that the Defendant's request for the appointment of counsel is **DENIED**.

**THE CLERK IS ORDERED** to send a copy of this Court's order to the Defendant, Jon Paul Wilson, TDCJ-ID # 1051217, Allred Unit, 2101 FM 369 North, Iowa Park, TX 76367.

SIGNED this **26** day of June, 2014.

DON ADAMS, JUDGE
CRIMINAL DISTRICT COURT NO. 2
DALLAS COUNTY, TEXAS



# ERNEST WHITE, JUDGE
## 194th JUDICIAL DISTRICT COURT

DATE: December 1, 2014

Defendant: Jon Paul Wilson         Cause No(s):  F 96-23832M
RE: Attached Correspondence is         ___ Illegible
                                    ___ Unclear as to your question / problem

☐ Your Motion for _____ has been denied

☐ Back time in the above case(s) has been corrected to include _____

☐ Back time credit has been reviewed and is correct according to Dallas County Jail Records

☐ If you feel you are entitled to credit for time served in any jail facility other than Dallas County, you must contact that facility for written verification and forward it to this court for consideration.

☐ Back Time Credit from date of sentence to date to transfer to State Jail or Penitentiary is calculated and credited by the Texas Department of Criminal Justice.

☐ No Credit is given for time served in SAFPF or Drug Treatment Center

☐ This Court has no Jurisdiction over time calculation

☐ All cases are run concurrent unless otherwise specified

☒ Other: THE D.A. ON THIS CASE IS S. ARRINGTON AND THE JUDGES NAME WILL BE FOUND ON THE TOP OF THIS LETTER.

_____

_____

_____

_____

_____